BROWN *v.* BAXTER.

ERROR TO THE COURT OF APPEALS OF THE STATE OF KENTUCKY.

No. 1123. Submitted December 12, 1892. — Decided December 19, 1892.

A writ of error to the Court of Appeals of a State, to review a judgment of that court dismissing an appeal and remanding the case for further proceedings in the state court below, is dismissed for want of jurisdiction.

THIS was an action begun and prosecuted to judgment in a Circuit Court of the State of Kentucky. From that judgment appeal and cross-appeal were taken to the Court of Appeals of the State. That court, after hearing, ordered " that said judgment be reversed on the original appeal and affirmed on the cross-appeal and cause remanded for further proceedings consistent with the opinion herein, which is ordered to be certified to said court."

The case was brought here by writ of error, to review a Federal question.

*Mr. T. L. Burnett* and *Mr. H. M. Lane* for plaintiff in error.

*Mr. W. J. Lisle* for defendant in error.

THE CHIEF JUSTICE: The writ of error is dismissed upon the authority of *Meagher* v. *Minnesota Co.*, 145 U. S. 608; *Rice* v. *Sanger*, 144 U. S. 197; *Johnson* v. *Keith*, 117 U. S. 199.